# Court of Appeals
# of the State of Georgia

ATLANTA, December 05, 2016

*The Court of Appeals hereby passes the following order*

**A17I0083. SIERRA HARDIMAN, AS NATURAL MOTHER AND NEXT FRIEND TO JACOB MORRIS, MINOR v. NEWTON HEALTH SYSTEM, INC..**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2015CV2431



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta, December 05, 2016.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*